IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

    vs.

RODNEY WARD

                  Defendant.

**8:17CR337**

**ORDER**


        This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [23]. Counsel is seeking a 13 month continuance to allow the parties an opportunity to execute a pretrial diversion agreement. For good cause shown,

        **IT IS ORDERED** that the Unopposed Motion to Continue Trial [23] is granted as follows:

    1. The jury trial, now set for April 3, 2018, is continued to **May 8, 2019.**

    2. The defendant shall file an affidavit waiving speedy trial forthwith.

    2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 8, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).


        Dated this 21st day of March, 2018.


                    BY THE COURT:

                    s/Susan M. Bazis
                    United States Magistrate Judge